2001R00247

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 02-561 |
| v. | : | |
| MARIO RIOS | : | UNSEALING ORDER |

Upon application of the United States Attorney, Paul J. Fishman, (Assistant U.S. Attorney Andrew C. Carey appearing) for an order unsealing the Indictment and all related papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this _____ day of May 2010,

ORDERED that the Sealing Order previously entered, is no longer in effect; and it is further

ORDERED that the complaint and all related papers in the above-captioned matter be UNSEALED.

HON. WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE