2001R00247

                                            UNITED STATES DISTRICT COURT
                                                DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Criminal No. 02-576 |
| MARIO RIOS | : | <u>ORDER FOR DISMISSAL</u> |

       Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 02-576, against defendant Mario Rios, which Indictment was filed on July 31, 2002, charging the defendant with a violation of Title 21, United States Code, Section 846, for the reason that further prosecution of this defendant at this time is not in the best interests of the United States.

       This dismissal is without prejudice.

                                                  PAUL J. FISHMAN
                                                  United States Attorney

       Leave of Court is granted for the filing of the foregoing dismissal.

                                                  HON. WILLIAM J. Martini
                                                  United States District Judge

Dated: May 12th, 2010